Bossier Parish Clerk of Court  C-167940
Filed Jul 28, 2022 9:55 AM        C
Katie F. Best
Deputy Clerk of Court
E-File Received Jul 28, 2022 9:52 AM

| | |
|---|---|
| STACEY MELERINE AND<br>MICHAEL MELERINE | SUIT NO. |
| VERSUS | 26TH JUDICIAL DISTRICT COURT |
| LADARIUS WILLIAMS,<br>DURAN EXPRESS, LLC AND SAFECO<br>INSURANCE COMPANY OF OREGON | BOSSIER PARISH, LOUISIANA |

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel comes and appear STACEY MELERINE, an individual of the full age of majority and domiciled in Caddo Parish, Louisiana, and MICHAEL MELERINE, an individual of the full age of majority and domiciled in Caddo Parish, Louisiana, who with respect represents that:

1.

Made Defendants herein are:

A. LADARIUS WILLIAMS, a person of full age of majority who is domiciled at 204 City Point Road, Tupelo, Mississippi 38801;

B. DURAN EXPRESS, LLC, a foreign limited liability company that is domiciled and doing business at 204 City Point Road, Tupelo, Mississippi 38801; and,

C. SAFECO INSURANCE COMPANY OF OREGON (hereinafter sometimes referred to as "Safeco"), a foreign insurance company transacting business in the State of Louisiana, who can be served through the Secretary of State.

2.

On August 11, 2021, a wreck occurred on westbound Interstate 20 between Old Minden Road and Airline Drive, involving a 2005 KW trailer owned by DURAN EXPRESS, LLC, and operated by LADARIUS WILLIAMS, and a 2017 Acura ILX owned by MICHAEL MELERINE and operated by STACEY MELERINE.

3.

At that time, STACEY MELERINE was proceeding straight in her lane of travel when suddenly and without warning LADARIUS WILLIAMS crossed the center dividing line and merged into STACEY MELERINE'S lane, striking STACEY MELERINE'S vehicle.

4.

Petitioners herein show that the collision and resulting damages were caused by the negligence, fault and breach of duty of LADARIUS WILLIAMS in the following, non-exclusive particulars:

A. Violating Louisiana traffic laws;

B. Being inattentative to or being distracted from her duties as a driver;

C. Failing to see what she would have seen;

D. Failing to yield to other vehicles;

**Exhibit A**

Certified True and
Correct Copy
CertID: 2022112100039

Bossier Parish
Deputy Clerk Of Court

Generated Date:
11/21/2022 11:46 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

E.  Failing to take appropriate action to avoid the accident;

F.  Failing to take the necessary precautions to prevent her vehicle from colliding with Ms. Melerine's vehicle;

G.  Changing lanes when it was not safe to do such; and

H.  Other acts of negligence which will be more fully developed at trial on the merits.

5.

LADARIUS WILLIAMS'S reckless and negligent conduct caused harm to Petitioner, STACEY MELERINE. Defendants are responsible for Petitioner's past, present, and future: 1) medical expenses; 2) pain and suffering; 3) mental pain and anguish; 4) permanent injuries and disability; 5) loss of wages and economic opportunity; 6) loss of enjoyment of life; 7) negligent infliction of emotional distress; and, 8) loss of consortium.

6.

At the time of the above described accident, LADARIUS WILLIAMS, was acting in the course and scope of his employment with DURAN EXPRESS, LLC. Accordingly, DURAN EXPRESS, LLC, is vicariously liable for the actions and harm caused by LADARIUS WILLIAMS.

7.

DURAN EXPRESS, LLC, had a responsibility to properly hire, train, supervise, and retain its employee, LADARIUS WILLIAMS. DURAN EXPRESS, LLC, failed its responsibility to properly, hire, train, supervise, and retain LADARIUS WILLIAMS. DURAN EXPRESS, LLC's, failure was a cause in this wreck and the harm to STACEY MELERINE and MICHAEL MELERINE.

8.

LADARIUS WILLIAMS and DURAN EXPRESS, LLC, were uninsured at the time of the accident.

9.

At all relevant times, there was a full force and effect between SAFECO INSURANCE COMPANY OF OREGON and STACEY MELERINE and MICHAEL MELERINE, a policy/policies of uninsured/underinsured motorist insurance, medical payment coverage, and other coverage(s) under said policy/policies.

10.

At all relevant times, STACEY MELERINE and MICHAEL MELERINE were married.

11.

As a result of this accident MICHAEL MELERINE suffered a loss of consortium.


Certified True and Correct Copy
CertID: 2022112100039

Bossier Parish
Deputy Clerk Of Court

Generated Date:
11/21/2022 11:46 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

12.

Petitioners have provided SAFECO INSURANCE COMPANY OF OREGON with satisfactory proof of losses and damages sustained.

13.

SAFECO INSURANCE COMPANY OF OREGON has failed to pay claims due to Petitioners under Louisiana law including, but not limited to, Louisiana Revised Statute 22:1982 and Louisiana Revised Statute 22:1973.

14.

SAFECO INSURANCE COMPANY OF OREGON'S actions were arbitrary, capricious, and without probable cause.

15.

Petitioners' claims equal or exceed the amount required for trial by jury.

16.

Petitioners contend that expert witnesses may be needed at the trial of said cause and said expert witness fees should be taxed as court costs.

WHEREFORE, PETITIONERS, STACEY MELERINE and MICHAEL MELERINE, pray that all harms and losses caused by Defendants be repaired by judgment; all expert fees, costs, and interest should be borne by Defendants; and for all other general and equitable relief as may be necessary.

Respectfully submitted,

SEABAUGH & SEPULVADO, LLC

By: _____
Alan T. Seabaugh, La. Bar Roll No. 22865
alan@seabaughlaw.com

ATTORNEY FOR STACEY MELERINE AND MICHAEL MELERINE

401 Market Street, Suite 1150
Shreveport, Louisiana 71101
(318) 221-3221
(318) 221-0656 Fax

**PLEASE SERVE:**

**LADARIUS WILLIAMS**
via long arm service

**DURAN EXPRESS, LLC**
via long arm service

and

**SAFECO INSURANCE COMPANY OF OREGON**
Through the Louisiana Secretary of State

Certified True and Correct Copy
CertID: 2022112100039

Bossier Parish
Deputy Clerk Of Court

Generated Date:
11/21/2022 11:46 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Bossier Parish Clerk of Court
Filed Jul 28, 2022 9:55 AM
Katie F. Best
Deputy Clerk of Court
E-File Received Jul 28, 2022 9:52 AM

C-167940
C

| | |
|---|---|
| STACEY MELERINE AND<br>MICHAEL MELERINE | SUIT NO. |
| VERSUS | 26TH JUDICIAL DISTRICT COURT |
| LADARIUS WILLIAMS,<br>DURAN EXPRESS, LLC AND SAFECO<br>INSURANCE COMPANY OF OREGON | BOSSIER PARISH, LOUISIANA |

### REQUEST FOR NOTICE OF TRIAL AND JUDGMENT

NOW INTO COURT, through undersigned counsel, come STACEY MELERINE and MICHAEL MELERINE in the above entitled and numbered cause, and requests written notice of trial pursuant to Louisiana Code of Civil Procedure, Article 1572, and requests written notice of all final judgments pursuant to Louisiana Code of Civil Procedure, Articles 1913 and 1914, in regard to all hearings held in the above captioned matter.

Respectfully submitted,

SEABAUGH & SEPULVADO, LLC

By:_____
Alan T. Seabaugh, La. Bar Roll No. 22865
alan@seabaughlaw.com

401 Market Street, Suite 1150
Shreveport, Louisiana 71101
(318) 221-3221
(318) 221-0656 Fax

ATTORNEY FOR STACEY MELERINE AND MICHAEL MELERINE

**PLEASE SERVE WITH PETITION**

Certified True and Correct Copy
CertID: 2022112100039

Bossier Parish
Deputy Clerk Of Court

Generated Date:
11/21/2022 11:46 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).