| | |
|---|---|
| STACEY MELERINE AND<br>MICHAEL MELERINE | SUIT NO. 167,940 |
| VERSUS | 26TH JUDICIAL DISTRICT COURT |
| LADARIUS WILLIAMS,<br>DURAN EXPRESS, LLC AND SAFECO<br>INSURANCE COMPANY OF OREGON | BOSSIER PARISH, LOUISIANA |

**MOTION AND INCORPORATED MEMORANDUM TO AMENDED PETITION FOR DAMAGES ON BEHALF OF STACEY MELERINE AND MICHAEL MELERINE**

NOW INTO COURT, through the undersigned counsel, come Plaintiffs, STACEY MELERINE and MICHAEL MELERINE, who respectfully move this Court as follows:

1.

Plaintiffs filed the Petition for Damages this suit on July 28, 2022. To date none of the Defendants have filed responsive pleadings and as such the granting of the Motion will not delay this matter.

2.

Subsequent to filing the Petition for Damages, Plaintiffs learned that Defendant, LADARIUS WILLIAMS, was acting in the course and scope of his employment with TY & TAN EXPRESS, LLC. Accordingly, TY & TAN EXPRESS, LLC, is vicariously liable for the actions and harm caused by LADARIUS WILLIAMS.

3.

Plaintiff therefore seeks to add TY & TAN EXPRESS, LLC, as a party to this matter.

4.

Additionally, Plaintiffs have reason to believe that PRIME INSURANCE had in effect a policy of insurance that affords coverage to LADARIUS WILLIAMS, DURAN EXPRESS, LLC, and/or TY & TAN EXPRESS, LLC.

5.

Plaintiff therefore seeks to add PRIME INSURANCE as a party to this matter.

WHEREFORE, PLAINTIFFS, STACEY MELERINE and MICHAEL MELERINE, PRAY for leave of Court for the filing of this First Amended Petition for Damages and all allegations and prayers of the original Petition for Damages and as amended in this First Amended Petition for Damages.

Respectfully submitted,

SEABAUGH & SEPULVADO, LLC

By: _____
Alan T. Seabaugh, La. Bar Roll No. 22865
alan@seabaughlaw.com
ATTORNEY FOR STACEY MELERINE AND
MICHAEL MELERINE

401 Market Street, Suite 1150
Shreveport, Louisiana 71101
(318) 221-3221
(318) 221-0656 Fax

**Exhibit B**

**PLEASE SERVE:**

**LADARIUS WILLIAMS**
via long arm service;

**DURAN EXPRESS, LLC**
via long arm service;

**SAFECO INSURANCE COMPANY OF OREGON**
Through the Louisiana Secretary of State;

**TY & TAN EXPRESS, LLC**
via long arm service;

and

**PRIME INSURANCE**
Through the Louisiana Secretary of State

| | |
|---|---|
| STACEY MELERINE AND<br>MICHAEL MELERINE | SUIT NO. 167,940 |
| VERSUS | 26TH JUDICIAL DISTRICT COURT |
| LADARIUS WILLIAMS,<br>DURAN EXPRESS, LLC AND SAFECO<br>INSURANCE COMPANY OF OREGON | BOSSIER PARISH, LOUISIANA |

## **ORDER**

CONSIDERING THE FOREGOING MOTION OF STACEY MELERINE AND MICHAEL MELERINE:

IT IS HEREBY ORDERED that Plaintiffs' Original Petition for Damages be amended by allowing the filing of the First Amended Petition for Damages, all in accordance with law.

THUS DONE AND SIGNED in Benton, Bossier Parish, Louisiana this _____ day of _____, 2022.

_____
**DISTRICT JUDGE**

**PLEASE SERVE:**

**LADARIUS WILLIAMS**
via long arm service;

**DURAN EXPRESS, LLC**
via long arm service;

**SAFECO INSURANCE COMPANY OF OREGON**
Through the Louisiana Secretary of State;

**PLEASE SERVE WITH A COPY OF THE ORIGINAL PETITION AND FIRST AMENDED PETITION:**

**TY & TAN EXPRESS, LLC**
via long arm service;

and

**PRIME INSURANCE**
Through the Louisiana Secretary of State

| | |
|---|---|
| STACEY MELERINE AND<br>MICHAEL MELERINE | SUIT NO. 167,940 |
| VERSUS | 26TH JUDICIAL DISTRICT COURT |
| LADARIUS WILLIAMS,<br>DURAN EXPRESS, LLC AND SAFECO<br>INSURANCE COMPANY OF OREGON | BOSSIER PARISH, LOUISIANA |

**FIRST AMENDED PETITION FOR DAMAGES ON BEHALF OF
STACEY MELERINE AND MICHAEL MELERINE**

NOW INTO COURT, through the undersigned counsel, come Plaintiffs, STACEY MELERINE AND MICHAEL MELERINE, for the purpose of filing this First Amended Petition for Damages:

I.

That following change shall be made to paragraph 1 of the original Petition for Damages as follows:

1.

Made Defendants herein are:

D. TY & TAN EXPRESS, LLC, a foreign limited liability company that is domiciled and doing business at 59 Tedford Drive, West Point, Mississippi 39773; and,

E. PRIME INSURANCE (hereinafter sometimes referred to as "Prime"), a foreign insurance company transacting business in the State of Louisiana, who can be served through the Secretary of State.

II.

The following paragraphs shall be added as paragraphs to the original Petition for Damages as follows:

17.

At the time of the above described accident, LADARIUS WILLIAMS, was acting in the course and scope of his employment with TY & TAN EXPRESS, LLC. Accordingly, TY & TAN EXPRESS, LLC, is vicariously liable for the actions and harm caused by LADARIUS WILLIAMS.

18.

TY & TAN EXPRESS, LLC, had a responsibility to properly hire, train, supervise, and retain its employee, LADARIUS WILLIAMS. TY & TAN EXPRESS, LLC, failed its responsibility to properly, hire, train, supervise, and retain LADARIUS WILLIAMS. TY & TAN EXPRESS, LLC's, failure was a cause in this wreck and the harm to STACEY MELERINE and MICHAEL MELERINE.

19.

At all relevant times, there was a full force and effect between Prime and LADARIUS WILLIAMS, DURAN EXPRESS, LLC, and/or TY & TAN EXPRESS, LLC, a policy/policies of liability insurance that afforded coverage for the acts of LADARIUS WILLIAMS, DURAN EXPRESS, LLC, and/or TY & TAN EXPRESS, LLC.

WHEREFORE, PLAINTIFFS, STACEY MELERINE and MICHAEL MELERINE, PRAY for leave of Court for the filing of this First Amended Petition for Damages and all allegations and prayers of the original Petition for Damages and as amended in this First Amended Petition for Damages.

Respectfully submitted,

SEABAUGH & SEPULVADO, LLC

By: _____
Alan T. Seabaugh, La. Bar Roll No. 22865
alan@seabaughlaw.com
ATTORNEY FOR STACEY MELERINE AND
MICHAEL MELERINE

401 Market Street, Suite 1150
Shreveport, Louisiana 71101
(318) 221-3221
(318) 221-0656 Fax