UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| STACEY MELERINE, ET AL. | CASE NO. 5:22-CV-06127 |
| VERSUS | JUDGE JERRY EDWARDS, JR. |
| LADARIUS WILLIAMS, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## VERDICT FORM

*WE THE JURY SAY:*

**QUESTION NUMBER 1:** Do you find by a preponderance of the evidence (i.e. more probable than not) that Ladarius Williams caused, in whole or in part, the accident that occurred on August 11, 2021?

YES ✓         NO____

*IF YOUR ANSWER TO QUESTION NUMBER 1 IS NO, PLEASE STOP, SIGN THE VERDICT FORM AND ALERT THE COURT SECURITY OFFICER. IF YOUR ANSWER IS YES, PLEASE MOVE TO QUESTION NUMBER 2.*

**QUESTION NUMBER 2:** Do you find by a preponderance of the evidence (i.e. more probable than not) that Stacey Melerine caused, in whole or in part, the accident that occurred on August 11, 2021?

YES ✓         NO____

*IF THE ANSWER IS YES, GO TO NUMBER 3. IF THE ANSWER IS NO, SKIP QUESTION 3 AND MOVE ON TO QUESTION 4.*

**QUESTION NUMBER 3:** Please itemize the percentage of fault between Ladarius Williams and Stacey Melerine:

    Ladarius Williams    __70__ %

    Stacey Melerine    __30__ %

    TOTAL    100%

*YOUR TOTAL MUST EQUAL 100%. PLEASE MOVE TO QUESTION 4.*

**QUESTION NUMBER 4:** Do you find by a preponderance of the evidence (i.e. more probable than not) that Stacy Melerine suffered any damages as a result of the collision on August 11, 2021?

    YES __✓__    NO ____

*IF THE ANSWER IS YES, GO TO NUMBER 5. IF THE ANSWER IS NO, SIGN THE VERDICT FORM AND ALERT THE COURT SECURITY OFFICER.*

**QUESTION NUMBER 5:** Please itemize the damages you find by a preponderance of evidence (i.e. more probable than not) that Stacy Melerine incurred because of the Accident:

| | |
|---|---|
| Past Medical Expenses | $ 105,000 |
| Future Medical Expenses | $ 175,000 |
| Past and Future Physical Pain & Suffering | $ 0 |
| Past and Future Mental Pain & Suffering | $ 0 |

Past and Future Loss of
Enjoyment Of Life                  $_____0_____

Past and Future Functional
Limitations/Disability             $_____0_____

*THE FOREPERSON SHOULD DATE AND SIGN THE FORM AND NOTIFY THE COURT SECURITY OFFICER.*

*REDACTED*                          ___11-6-2024___
FOREPERSON                                DATE