# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| **STACEY MELERINE, ET AL.** | **CIV. ACTION NO. 5:22-06127** |
| **VERSUS** | **JUDGE EDWARDS** |
| **LADARIUS WILLIAMS, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### SETTLEMENT CONFERENCE ORDER

By order of the Court, a settlement conference will be held via Zoom video conference, before Magistrate Judge Kayla D. McClusky beginning on **September 19, 2025, at 9:30 a.m. To facilitate the Zoom conference, counsel shall include email addresses for all conference participants (including attending counsel, clients, and/or client representatives) in their confidential settlement statements. See below.**

The following orders are entered to assist me in an objective appraisal and evaluation of the lawsuit, and to ensure that the necessary parties are present for the conference.

**I.    CONFIDENTIAL STATEMENTS**

Each party shall mail or deliver to my office (**and** transmit via e-mail to mcclusky_motions@lawd.uscourts.gov), a written Confidential Settlement Conference Statement **to arrive no later than September 12, 2025**. The statement shall address all of the issues enumerated in the fillable form, which may be found under the "Forms" tab on the undersigned's webpage:

https://www.lawd.uscourts.gov/content/magistrate-judge-kayla-d-mcclusky

**II.    ATTENDANCE**

a. **TRIAL COUNSEL <u>AND</u> A REPRESENTATIVE OF EACH PARTY WITH FULL SETTLEMENT AUTHORITY (DEFINED BELOW) SHALL PERSONALLY ATTEND THE CONFERENCE**. This order is made on consideration of the specific facts and the nature of this case, and in light of the court's interest in using judicial resources in the most efficient manner possible. <u>In re Stone</u>, 986 F.2d 898 (5th Cir. 1993).

If personal attendance would be burdensome or unnecessary, a party may apply for an exception to this requirement.

"Full settlement authority" is defined as final settlement authority to commit the defendant to pay, **in the representative's discretion**, a settlement amount up to

        the plaintiff's prayer (excluding punitive damage prayers in excess of $100,000) or up to the plaintiff's last demand, whichever is **lower**.

        For a plaintiff, the representative must have final authority, **in the representative's discretion**, to authorize dismissal of the case with prejudice, or to accept a settlement amount down to the defendant's last offer.

    b.    All persons attending must be prepared to remain at the conference until either a settlement is reached or I decide that further negotiation would be futile. Travel arrangements should be made with that in mind.

    c.    Failure to fully comply with these attendance requirements may result in the imposition of appropriate sanctions.

## III.    FORMAT

The Court will use a mediation format, to include private caucusing with each side; the judge may address your client directly.

## IV.    CLOSING

    a.    If settlement is reached, do you want it on the record?

    b.    How soon could checks/closing documents be received?

In Chambers, at Monroe, Louisiana, on this 13th day of August, 2025.

_____
KAYLA DYE MCCLUSKY
UNITED STATES MAGISTRATE JUDGE